### R. H. LANE v. S. H. JACK.

#### Decided March 20, 1901.

**Forcible Entry and Detainer—Appeal.**

Article 2540, Revised Statutes, making the judgment of the county court final in cases of forcible entry and detainer, except where damages are awarded in excess of $100, denies the right of appeal from a judgment of the county court dismissing the appeal of a plaintiff in a justice court from a judgment there for the defendant.

Appeal from the County Court of Kaufman. Tried below before Hon. John Vesey.

*Lee R. Stroud,* for appellant.

*Jack & Jack,* for appellee.

KEY, ASSOCIATE JUSTICE.—Appellee sued appellant in the Justice Court in an action of forcible entry and detainer. From a judgment in appellee's favor, appellant appealed to the County Court, where upon motion of appellee, the appeal was dismissed, and appellant now attempts to appeal to this court. Appellee recovered no damages in either court.

Appellee has submitted a motion to dismiss the appeal, predicated upon article 2540 of the Revised Statutes, which in substance provides that when an action of forcible entry and detainer is appealed to and tried by the county court, the judgment of that court shall be conclusive, and no further appeal be allowed, except where there is a recovery

of damages in an amount exceeding $100.    There can be no mistake·
about the meaning of the statute, and it is quite clear that it cuts off the·
right of further appeal in this case.   Yarbrough v. Jenkins, 3 App. C.
C. (Willson), sec. 464; Stein v. Stely, 32 S. W. Rep., 861.

*Motion sustained and appeal dismisssed.*